Stephanie HUDSON, Plaintiff–
Appellant,

v.

COMMISSIONER OF SOCIAL
SECURITY, Defendant–
Appellee.

No. 01–2336.

United States Court of Appeals,
Sixth Circuit.

Aug. 7, 2002.

Before MOORE and GILMAN, Circuit
Judges; ROSEN, District Judge.*

Stephanie Hudson, proceeding pro se,
appeals a district court judgment that af-
firmed the Commissioner's denial of her
claim for social security disability benefits.
The case has been referred to this panel
pursuant to Rule 34(j)(1), Rules of the
Sixth Circuit. We unanimously agree that
oral argument is not needed. Fed. R.App.
P. 34(a).

Upon review of the briefs and the rec-
ord, we affirm the district court's judg-
ment. Because the magistrate judge ar-
ticulated, and the district court adopted,
specific and thorough reasons for the deci-
sion, the issuance of a detailed written
opinion would be duplicative and would
serve no useful purpose.

* The Honorable Gerald E. Rosen, United States
District Judge for the Eastern District of
Michigan, sitting by designation.

Accordingly, we affirm the district
court's judgment for the reasons stated
and adopted by the district court in the
order entered on July 11, 2001. Rule
34(j)(2)(C), Rules of the Sixth Circuit.